# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3636
_____

buy buy BABY, INC./ CORVEL
CORPORATION,

　　Appellants,

　　v.

BIBI ALI,

　　Appellee.

_____

On appeal from an order of Judge of Compensation Claims.
Geraldine B. Hogan, Judge.

Date of Accident:  April 5, 2016.

March 22, 2018

PER CURIAM.

　　AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Christopher A. Thorne of Thorne & Associates, P.A., Orlando, for Appellants.

Bill McCabe, Longwood, and Kevin R. Gallagher of The Gallagher Law Group, P.A., Fort Lauderdale, for Appellee.